UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-9455 DSF (JEMx) | Date | 7/3/12 |
|---|---|---|---|
| Title | Joao Bock Transaction Systems v. Comerica Bank | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   Order to Show Cause re Sanctions

    This matter was set for a scheduling conference on July 2, 2012.  The conference had been continued to that date on the stipulation of the parties.  The matter was called and counsel for Defendant was present.  No appearance was made on behalf of Plaintiff.  The Court noted that John W. Olivo and Douglas Bridges have failed to pay their Pro Hac Vice fees in this matter, yet they continue to list themselves on pleadings - indicating "Pro Hac Vice Application Pending."

    Plaintiff's counsel is ordered to show cause why sanctions in the amount of $250 should not be imposed for counsel's willful failure to appear at the scheduling conference.  In addition, Mr. Olivo and Mr. Bridges are ordered to pay the pro hac vice fees forthwith and are ordered to show cause why they should not be sanctioned in the amount of $100 each for their willful failure to comply with this Court's rules and orders concerning pro hac vice admission.

    A written response is due no later than July 16.  Payment of the previously stated amounts to the Clerk of the Court by July 16 will be a sufficient response to the Order to Show Cause.

IT IS SO ORDERED.