Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff,
JOAO BOCK TRANSACTION SYSTEMS, LLC

Douglas Bridges, Esq. (*Pro Hac Vice*)
HENINGER GARRISON DAVIS, LLC
169 Dauphin Street, Suite 100
Mobile, AL 36602
Telephone: 251-298-8701
Facsimile:   205 547 5504:
dbridges@hgdlawfirm.com

Attorneys for Plaintiff,
JOAO BOCK TRANSACTION SYSTEMS, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMERICA BANK,<br><br>                    Defendant. | Case No. 11-cv-09455-DSF-JEM<br><br>**STIPULATION OF DISMISSAL** |

WHEREIN Plaintiff JOAO BOCK TRANSACTION SYSTEMS, LLC ("Plaintiff") and Defendant COMERICA BANK ("Defendant") have entered into a settlement agreement fully and finally resolving their disputes with respect to the above captioned case;

IT IS HEREBY STIPULATED by Plaintiff and Defendant that:

(1) The parties' claims against each other in the above captioned case shall be and hereby are dismissed in their entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

(2) Each party shall bear its own fees and costs.

Respectfully submitted,
**WHITE FIELD, INC.**

Dated: July 11, 2012         */s/ Steven W. Ritcheson*
Steven W. Ritcheson
Attorney for Plaintiff
JOAO BOCK TRANSACTION SYSTEMS, LLC

Respectfully submitted,
**BROOKS KUSHMAN P.C.**

Dated: July 11, 2012         */s/ William E. Thomson, Jr.*
William E. Thomson, Jr.
Attorney for Defendant
COMERICA BANK